## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Elzbieta Chwascinska v. Michael Chertoff, Secretary of U.S. Department of Homeland Security, et. al. | Case Number:<br>FILED: SEPTEMBER 3, 2008<br>08CV5020<br>JUDGE GRADY<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elzbieta Chwascinska

PH

| | |
|---|---|
| NAME (Type or print)<br>Kristin Lopez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kristin Lopez | |
| FIRM<br>AzulaySeiden Law Group | |
| STREET ADDRESS<br>205 N. Michigan Avenue, 40th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283410 | TELEPHONE NUMBER<br>(312) 832-9200 x 149 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |