## United States District Court for the Northern District of Illinois

Case Number: 08CV5020      Assigned/Issued By: DAJ

Judge Name: GRADY      Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 3073812

Date Payment Rec'd: 09/03/08       Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

5 Original and 0 copies on 09/03/08 as to CHERTOFF, DOROCHOFF,
                          (Date)
HEINAUER, MUKASEY, SCHARFEN.

C:\wpwin80\docket\feeinfo.frm     03/14/05